# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>Information associated with Instagram account sledgehammertophat, stored at premises controlled by Facebook, Inc. | No.  21-SW-2011DPR |

## GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT DOCUMENTS

The United States, by and through Teresa A. Moore, Acting United States Attorney for the Western District of Missouri, and the undersigned Assistant United States Attorney, and respectfully submits this motion to unseal search warrant documents.

## Suggestions in Support

The Court issued the above-referenced search warrant on January 20, 2021, and, on the Government's motion, placed the case under seal because the investigation was ongoing. The investigation continued after the issuance of the search warrant and led to the return of an indictment on March 23, 2021, charging Defendant Joshua L. Bippert with a felony criminal charge in the Western District of Missouri, case number 21-03037-01-CR-S-MDH. Thus, the search warrant no longer needs to remain sealed to protect the integrity of any ongoing investigation. Further, the Government requests the unsealing so that it can provide the warrant and associated documents to the defendant as part of its discovery obligations in the above-referenced case.

**WHEREFORE**, the United States respectfully requests that the Court enter an order unsealing the above-referenced search and seizure warrant, the application and affidavit in support

1

of the search and seizure warrant, the search and seizure warrant return, any motion requesting sealing or unsealing, and any order pertaining to this search and seizure warrant.

                    Respectfully submitted,

                    Teresa A. Moore
                    Acting United States Attorney

By   */s/ Casey Clark*
        CASEY CLARK
        Assistant United States Attorney
        901 St. Louis Street, Suite 500
        Springfield, Missouri 65806
        417-831-4406

## **Certificate of Service**

The undersigned hereby certifies that a copy of the foregoing was delivered on April 6, 2021, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

／s／ *Casey Clark*
CASEY CLARK
Assistant United States Attorney